UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-180 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JAMES HOOD | : | |
| | : | |
| Defendant. | | |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Amy Jeffress is withdrawing as counsel of record for the United States in the above captioned matter, and Assistant United States Attorney WANDA J. DIXON, at phone number 202-514-6997 and/or email address Wanda.Dixon@usdoj.gov, is being substituted as counsel of record. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
WANDA J. DIXON
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., Room 4235
Washington, DC 20530
(202) 514-6997