UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0209M-01 (CR) |
| **JAMES C. HOOD,** | : | VIOLATION:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about April 18, 2005, within the District of Columbia, **JAMES C. HOOD**, having

been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Eastern

District of Virginia, Criminal Case No. CR03-277, did unlawfully and knowingly receive and

possess a firearm, that is, a E.A.A. .45 caliber semi-automatic pistol, and did unlawfully and

knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been

possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime
> Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18,
> United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia