UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| V. | ) Crim. No. 05-180 (ESH) |
| | ) |
| JAMES HOOD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon the oral motion of the defendant, and with good cause having been shown, it is this 16th day of June, 2005 hereby ORDERED that United States Probation Office shall immediately disclose to Michelle Peterson, AFPD, the Presentence Report of the Defendant James Hood in CR03-277 (E. D. Va). Mr. Hood is currently being supervised by the Probation Office in this District, and is represented by Michelle Peterson of the Federal Public Defender's Office in the above captioned case. This disclosure is ordered for the purpose of allowing Ms. Peterson to effectively represent her client in the case currently pending in this District.

SO ORDERED.

_____
Honorable Ellen Segal Huvelle
U.S. DISTRICT COURT JUDGE