UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Crim. No. 05-180 (ESH) |
| | ) |
| JAMES HOOD, | ) |
| | ) |
| Defendant. | ) |

**FILED**

JUN 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

With the consent of the parties, it is this 16th day of June, 2005 hereby ORDERED that the defendant shall be housed at the CCA Central Treatment Facility in general population pending the outcome of this case.

SO ORDERED.

_____
Honorable Ellen Segal Huvelle
U.S. DISTRICT COURT JUDGE